IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01516-DME-BNB

TED WOOD,

Plaintiff,

v.

MCDOUGAL LITTELL, a division of Houghton Mifflin Company, and
R.R. DONNELLEY & SONS COMPANY,

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　This matter is before the Court on the **Unopposed Motion for Leave to File Plaintiff's First Amended Complaint** [docket no. 21, filed November 15, 2007] (the "Motion").

　　IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing the attached First Amended Complaint.


DATED: November 20, 2007