IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01516-DME-BNB

TED WOOD,

Plaintiff,

v.

MCDOUGAL LITTELL, a division of Houghton Mifflin Company, and
R.R. DONNELLEY & SONS COMPANY,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

1. **Defendants' Motion for Entry of Protective Order** [Doc. # 26, filed 11/27/2007] (the "Motion for Protective Order"); and

2. **Defendants' Motion for Leave to File Supplemental Authority In Support Of Their Pending Motion for Protective Order** [Doc. # 35, filed 12/10/2007] (the "Motion to File").

I held a hearing on the motions this morning and made rulings on the record. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion for Protective Order is GRANTED IN PART, as specified on the record. The parties shall submit a revised proposed protective order, modified consistent with my rulings today, and submit it for my review on or before **January 4, 2008**. In the meantime, the parties shall proceed consistent with my oral rulings today.

IT IS FURTHER ORDERED that the Motion to File is GRANTED.

Dated December 20, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge