IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01516-DME-BNB

TED WOOD,

Plaintiff,

v.

MCDOUGAL LITTELL, a division of Houghton Mifflin Company, and
R.R. DONNELLEY & SONS COMPANY,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Motion for Leave to File Reply to Defendant's Response to Plaintiff's First Motion to Compel Discovery Relating to Other Uses of Wood's Images and Other Specified Licenses** [docket no. 50, filed February 14, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and plaintiff may file a reply to the Motion to Compel on or before **February 25, 2008**. Plaintiff will limit his reply to no more than six (6) pages and shall file it by noon, February 25, 2008.


DATED: February 15, 2008