IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 07-cv-01516-DME-BNB | Date: February 26, 2008 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

TED WOOD,                                      Christopher Seidman

       Plaintiff,

v.

MCDOUGAL LITTELL,                              Tucker Trautman
a division of other                            David Pehlke
Houghton Mifflin Company
R.R. DONNELLEY & SONS COMPANY,

       Defendants.

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:    10:34 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** The Settlement Conference set for March 18, 2008 is reset to April 4, 2008 at 1:30 p.m. Confidential settlement letters due on or before March 28, 2008.

**ORDERED:** Plaintiff's first motion to compel discovery relating to other uses of Wood's Images and other specified licenses filed February 6, 2008; Doc 46 is granted as stated on the record. The defendant shall provide all supplemental responses on or before March 28, 2008.

Court in Recess    11:55 a.m.    Hearing concluded.

Total time in court: 01:21

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.