IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01516-DME-BNB

TED WOOD,

Plaintiff,

v.

MCDOUGAL LITTELL, a division of Houghton Mifflin Company, and
R.R. DONNELLEY & SONS COMPANY,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Plaintiff's First Motion to Compel Discovery Relating to Other Uses of Wood's Images and Other Specified Licenses** [Doc. # 46, filed 2/6/2008] (the "Motion to Compel"). I held a hearing on the Motion to Compel this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED IN PART and DENIED IN PART as stated on the record.

IT IS FURTHER ORDERED that the defendants shall make supplemental discovery responses consistent with my ruling today on or before **March 28, 2008**.

Dated February 26, 2008.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge