IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01516-DME-BNB

TED WOOD,

Plaintiff,

v.

MCDOUGAL LITTELL, a division of Houghton Mifflin Company, and
R.R. DONNELLEY & SONS COMPANY,

Defendants.
_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Notice of Withdrawal of Motion for an Extension of Time to File Dispositive Motions** [docket no. 63, filed March 11, 2008] (the "Motion").

IT IS ORDERED that the Motion it GRANTED.

IT IS FURTHER ORDERED that the **Motion for an Extension of Time to File Dispositive Motions** [docker no. 58, filed March 3, 2008] is DENIED AS MOOT.

DATED: March 12, 2008