IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01516-DME-BNB

TED WOOD,

Plaintiff,

v.

MCDOUGAL LITTELL, a division of Houghton Mifflin Company, and
R.R. DONNELLEY & SONS COMPANY,

Defendants.

_____

**ORDER**
_____

This matter is before me on the defendants' **Motion to Remove April 4, 2008 Settlement Conference From the Calendar** [Doc. # 67, filed 3/24/2008] (the "Motion"). The Motion, which is opposed, is DENIED at this time, pending review of the parties' confidential settlement statements.

The Motion requests that I cancel the settlement conference scheduled for April 4, 2008, and that I relieve the parties of their obligation to submit confidential settlement statements by March 28, 2008, based on the following:

> In order to determine whether a settlement conference might be productive, defendants requested that plaintiff present a settlement demand in advance of the conference. After reviewing that demand, defendants believe that the parties remain too far apart to provide a basis for productive settlement negotiations. Defendants believe that a settlement conference would offer little chance of advancing this case toward a resolution at this juncture.

Motion at ¶4.

I do not intend to waste anyone's time or the parties' resources, and I appreciate the defendants' bringing their view to my attention. I find that I can determine the advisability of holding the settlement conference only after I review the parties' confidential settlement statements, however. Consequently, I deny the Motion, pending review of the confidential settlement statements. The settlement conference shall remain pending on the docket unless vacated by subsequent order after that review.

IT IS ORDERED that the Motion is DENIED.

Dated March 24, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge