IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01516-DME-BNB

TED WOOD,

Plaintiff,

v.

MCDOUGAL LITTELL, a division of Houghton Mifflin Company, and
R.R. DONNELLEY & SONS COMPANY,

Defendants.
_____

**ORDER**
_____

Counsel appeared this morning for a status conference. Consistent with matters discussed at that conference:

IT IS ORDERED that the settlement conference set for April 4, 2008, at 1:30 p.m., is VACATED, to be reset at a later date.

IT IS FURTHER ORDERED that the parties shall file a motion addressing scheduling issues, if at all, on or before **April 11, 2008**.

Dated April 1, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge