IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01516-DME-BNB

TED WOOD,

Plaintiff,

v.

MCDOUGAL LITTELL, a division of Houghton Mifflin Company, and
R.R. DONNELLEY & SONS COMPANY,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Joint Motion for Entry of Supplemental Scheduling Order** [Doc. # 73, filed 4/10/2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the case schedule is modified to the following extent:

| | |
|---|---|
| Fact Discovery Cut-Off: | **June 30, 2008** |
| Expert Discovery Cut-Off: | **July 25, 2008** |
| Dispositive Motions Deadline: | **August 8, 2008** |

Expert Disclosures:

(a) The parties shall provide supplemental expert reports to opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **June 30, 2008**

(b) The parties shall provide supplemental rebuttal expert reports to opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 15, 2008**

A settlement conference will be set at the request of the parties.

Final Pretrial Conference: A final pretrial conference will be held in this case on **October 7, 2008, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **September 30, 2008**.

Dated April 18, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge