IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01516-DME-BNB

TED WOOD,

Plaintiff,

v.

MCDOUGAL LITTELL, a division of Houghton Mifflin Company, and
R.R. DONNELLEY & SONS COMPANY,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  IT IS ORDERED that the plaintiff's **Unopposed Motion for Leave to File Plaintiff's Second Amended Complaint** [Doc. # 80, filed 4/30/2008] is GRANTED. The Clerk of the Court is directed to accept for filing Plaintiff's Second Amended Complaint [Doc. # 80-2].


DATED: May 13, 2008