IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01516-DME-BNB

TED WOOD,

Plaintiff,

v.

HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY, and
R.R. DONNELLEY & SONS COMPANY,

Defendants.

## ORDER

This matter is before me on **Plaintiff's Second Motion to Compel Discovery Relating to Unredacted Licenses and Other Uses of Wood's Images** [Doc. # 75, filed 4/17/2008] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED IN PART and DENIED IN PART as follows:

GRANTED to require the defendants, on or before **June 16, 2008**, to produce copies of the licenses which include the identities of the licensors; and

DENIED in all other respects.

Dated May 19, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge