IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 07-cv-01516-DME-BNB | Date: August 20, 2008 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| TED WOOD, | Christopher Seidman |
| Plaintiff(s), | |
| v. | |
| R.R. DONNELLEY & SONS COMPANY, and HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY, | Christina Tchen<br>Evan Rothstein |
| Defendant(s). | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session: 1:28 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

Plaintiff submitted exhibit under seal.

**ORDERED:** Plaintiff's third motion to compel discovery relating to license permission parameters filed July 31, 2008; Doc. 95 is granted in part and denied in part as stated on the record. Discovery requests due September 22, 2008.

**ORDERED:** The proposed final pretrial order shall be submitted on or before October 3, 2008.

Court in Recess     2:54 p.m.     Hearing concluded.     Total time in court:     01:26

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.