IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01516-DME-BNB

TED WOOD,

Plaintiff,

v.

HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY, and
R.R. DONNELLEY & SONS COMPANY,

Defendants.

_____

**ORDER**

_____

This matter is before me on **Plaintiff's Third Motion to Compel Discovery Relating to License Permission Parameters** [Doc. # 95, filed 7/31/2008] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED IN PART and DENIED IN PART as stated on the record.

IT IS FURTHER ORDERED that the defendants shall make supplemental discovery responses consistent with this order on or before **September 22, 2008**.

IT IS FURTHER ORDERED that the proposed final pretrial order shall be submitted on or before **October 3, 2008**, in anticipation of the final pretrial conference, which is scheduled to occur on October 7, 2008, at 9:00 a.m.

Dated August 20, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge