IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01516-DME-BNB

TED WOOD,

Plaintiff,

v.

HOUGHTON MIFFLIN HARTCOURT PUBLISHING COMPANY, and
R.R. DONNELLEY & SONS COMPANY,

Defendants.
_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that **Defendants' Motion for Leave to File Supplemental Authority In Support of Their Pending Motion *In Limine* To Bar Introduction of Evidence Regarding Punitive Licensing Fees for Use In Determining Actual Damages** [Doc. # 150, filed 9/17/2008] is DENIED for failure to comply with D.C.COLO.LCivR 7.1A.


DATED: September 18, 2008