IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01516-DME-BNB

TED WOOD,

Plaintiff,

v.

HOUGHTON MIFFLIN HARTCOURT PUBLISHING COMPANY, and
R.R. DONNELLEY & SONS COMPANY,

Defendants.

___

# MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

IT IS ORDERED that **Defendants' Amended Motion for Leave to File Supplemental Authority In Support of Their Pending Motion *In Limine* to Bar Introduction of Evidence Regarding Punitive Licensing Fees for Use In Determining Actual Damages** [Doc. # 155, filed 9/19/2008], which is not opposed, is GRANTED. The Clerk of the Court is directed to accept for filing Doc. #155-2 and to designate it as "Supplemental Authority In Support of Defendants' Motion In Limine to Bar Introduction of Evidence Regarding Punitive Licensing Fees for Use In Determining Actual Damage."

DATED: September 22, 2008