IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01516-DME-BNB

TED WOOD,

Plaintiff,

v.

HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY, and
R.R. DONNELLEY & SONS COMPANY,

Defendants.
_____

**ORDER**
_____

The parties appeared today for a final pretrial conference. The proposed final pretrial order was refused for the reasons stated on the record. Consistent with matters discussed today:

IT IS ORDERED that a supplemental final pretrial conference is set for **December 16, 2008, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall confer and shall submit a revised proposed final pretrial order consistent with our discussion today on or before **December 9, 2008**.

IT IS FURTHER ORDERED that the case is set for a settlement conference on **December 16, 2008, at 1:30 p.m.** Lawyers and client representatives with full authority to settle the case must be present at the conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into a settlement must also be present.) Each party shall submit a confidential settlement statement to my chambers on or before **December 9, 2008**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will

accept or pay in settlement and any other essential non-monetary terms of a settlement.

Dated October 30, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge