IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01516-DME-BNB

TED WOOD,

Plaintiff,

v.

HOUGHTON MIFFLIN HARTCOURT PUBLISHING COMPANY, and
R.R. DONNELLEY & SONS COMPANY,

Defendants.
_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that **Defendants' Unopposed Motion to Reopen Discovery for the Limited Purpose of the Deposition of Dan Kraseman** [Doc. # 171, filed 11/20/2008] is GRANTED, and discovery is reopened to and including **December 31, 2008**, solely to allow the defendants to depose Mr. Kraseman.


DATED: November 21, 2008