IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01516-DME-BNB

TED WOOD,

    Plaintiff,

v.

HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY, and
R.R. DONNELLEY & SONS COMPANY,

    Defendants.

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER, having come before the Court upon the parties' Stipulation of Dismissal of Action With Prejudice, the Court being fully apprised in the premises, and good cause therefore having been shown,

IT IS HEREBY ORDERED, that the above-captioned action is dismissed with prejudice, each party to pay its own fees, costs, and expenses, including attorney's fees.

DONE AND SIGNED this 6th day of February, 2009.

                                        BY THE COURT:

                                        *s/ David M. Ebel*
                                        _____
                                        U.S. CIRCUIT COURT JUDGE